IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE ANN TURNER, | No. 2:22-CV-1573-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PALERMO GRANGE, NO. 493, | |
| Defendant. | |

   Plaintiff, who is proceeding with retained counsel, brings this civil action. The parties appeared before the undersigned on February 1, 2023, at 10:00 a.m., for an initial scheduling conference, at which hearing the Court set various dates for this litigation. Since that hearing, all parties have consented to the undersigned acting as the presiding judge for all purposes. <u>See</u> ECF No. 19 (order reassigning case to Magistrate Judge). The matter is therefore set for a continued scheduling conference to discuss whether a different schedule should be set given the parties' consent and to discuss trial-setting before the undersigned.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. A continued scheduling conference is set for April 5, 2023, at 10:00 a.m., before the undersigned in Redding, California.

2. The parties may appear telephonically by dialing 877-336-1274 and entering access code 5444373. Counsel appearing telephonically shall initiate the conference call no later than five minutes prior to the scheduled hearing.

3. The parties shall submit, seven days in advance of the scheduling conference, an updated scheduling conference statement setting forth any revised or amended scheduling requests, including a trial date.

Dated: March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE